UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ERIC SHIELDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:07CV1177 CDP |
| | ) |
| CHARLES A. SHAW, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that this case is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 5th day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE